```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JAYSON BIANCO,

                Plaintiff,
                                            ORDER
        -against-                           16-CV-1297(JS)(AKT)


CORRECTION OFFICER ROMANO, Shield
#2972, SERGEANT MCAAN, Shield #116,
CORPORAL IMHOFF, and SERGEANT FRIES,

                Defendants.
----------------------------------X
APPEARANCES
For Plaintiff:      Jayson Bianco, pro se
                    15-A-3443
                    Clinton Correctional Facility
                    P.O. Box 2001
                    Dannemora, NY 12929

For Defendants:     No appearances.
```

SEYBERT, District Judge:

On March 7, 2016, incarcerated pro se plaintiff Jayson Bianco ("Plaintiff") filed a Complaint pursuant to 42 U.S.C. § 1983 ("Section 1983") against Correction Officer Romano, Shield #2972, Sergeant Mcaan, Shield # 116, Corporal Imhoff, and Sergeant Fries (collectively, "Defendants"), accompanied by an application to proceed in forma pauperis.

Upon review of the declaration in support of the application to proceed in forma pauperis, the Court finds that Plaintiff's financial status qualifies him to commence this action without prepayment of the filing fee. See 28 U.S.C. §§ 1914(a); 1915(a)(1). Therefore, Plaintiff's request to proceed in forma pauperis is GRANTED.

The Clerk of the Court is directed to forward copies of the Summonses, Complaint, and this Order to the United States Marshal Service for service upon Defendants without prepayment of fees, and to serve notice of entry of this Order in accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure by mailing a copy of this Order to the pro se Plaintiff at his last known address. See FED. R. CIV. P. 5(b)(2)(C).

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: April __12__, 2016
      Central Islip, New York